MIKE HAMMOND, APPELLANT, *v.* SHERIFF, MINERAL COUNTY, NEVADA, RESPONDENT.

No. 8125

March 24, 1975                    532 P.2d 1030

*Horace R. Goff,* State Public Defender, and *Gary D. Armentrout,* Deputy, Carson City, for Appellant.

*Robert List,* Attorney General, Carson City; *Larry G. Bettis,* District Attorney, Mineral County, for Respondent.

## OPINION

*Per Curiam:*

This appeal challenges the sufficiency of the evidence to warrant prosecution of appellant for possession of marijuana. The only probative or demonstrable evidence of record, suggesting that contraband even existed in proximity to appellant, are three photographs a police officer took of a plant growing in a

garden at the home of appellant's father, with whom appellant resides.

Deeming this evidence insufficient to hold appellant for trial, we reverse, with instructions to grant a writ of habeas corpus.